UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:18CR 132 (MPS) |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| TRAVIS MCCOY | : | 18 U.S.C. § 2422(b) (Enticement of a Minor to Engage in Illegal Sexual Activity) |
| | : | |
| | : | 18 U.S.C. § 2428 (Forfeiture) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Enticement of a Minor to Engage in Illegal Sexual Activity)

1. From in or about November 2016, through and including March 2017, in the District of Connecticut and elsewhere, the defendant TRAVIS MCCOY, using a facility and means of interstate commerce, namely, a cellular telephone, telephone, computer and an Internet-based messaging service, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years to engage in sexual activity for which any person could be charged with a criminal offense, namely, Sexual Exploitation of Children, in violation of Title 18, United States Code, Section 2251(a).

All in violation of Title 18, United States Code, Section 2422(b).

### FORFEITURE ALLEGATION

2. Upon conviction of the offense alleged in Count One of this Information, the defendant TRAVIS MCCOY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a), all right, title, and interest in any property used or intended to be used to

commit or facilitate the commission of the said offense, and all property constituting or traceable to proceeds obtained, directly or indirectly, from such offenses, including but not limited to the following:

- Apple iPhone, Model: A1633, IMEI: 353254075869277
- Apple MacBook Pro, Model: A1398, Serial #: C02RF23YG8WN
- Xbox One, Serial #: 255682744248

If any of the above-described forfeitable property, as a result of any act or omission of TRAVIS MCCOY, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the Court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All in accordance with Title, Title 18, United States Code, Section 2428, Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY